IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES MCCLOSKEY, [AY-3992], | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | NO. 05-230 |
| | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, et al., | : | |
| Respondents. | : | |

## O R D E R

**STENGEL, J.**

**AND NOW**, this          day of December, 2005, upon careful and independent

consideration of the Petition for Writ of Habeas Corpus, the Government's Response and

Petitioner's Reply thereto, and after review of the Report and Recommendation of United States

Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1.   The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.   The Petition for a Writ of Habeas Corpus (Dkt. Nos. 1,3)  is **DENIED** with

     prejudice;

3.   Petitioner's Application for an Immediate Evidentiary Hearing (Dkt. Nos. 17, 21),

     his Petition for the Court to take Judicial Notice (Dkt. No. 24), his Motion to

     Expedite (Dkt. No. 26), and his Amendment and Motion for Leave to Amend

     Petition for Writ of Habeas Corpus (Dkt. No. 27) are **DENIED**.

4.   A certificate of appealability **SHALL NOT** issue because we do not believe

     Petitioner has made "a substantial showing of the denial of a constitutional right."

     28 U.S.C. § 2253(c)(2); and

5.      The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.